1
2
3
4
5
6
7
8

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

9  United States of America,

10          Plaintiff,

11  v.

12  Gustavo J. Olson,

13          Defendant/Movant.

14

No. CV-16-02763-PHX-GMS

No. CR-09-01045-PHX-GMS

**ORDER**

15
16          Pending before the Court is Defendant/Movant's Motion to Vacate, Set Aside or
17  Correct   Sentence and United States Magistrate Judge John Z. Boyle's Report and
18  Recommendation ("R&R").  Docs. 1, 13.  The R&R recommends that the Court deny the
19  Motion.  Doc. 13 at 5.  The Magistrate Judge advised the parties that they had fourteen
20  days to file objections to the R&R and that failure to file timely objections could be
21  considered a waiver of the right to obtain review of the R&R.  *Id.* at 5 (citing Fed. R. Civ.
22  P. 72, 6(a), 6(b); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)).
23          The parties did not file objections, which relieves the Court of its obligation to
24  review the R&R.  *See Reyna-Tapia*, 328 F.3d at 1121; *Thomas v. Arn*, 474 U.S. 140, 149
25  (1985) ("Section 636(b)(1) does not . . . require any review at all . . . of any issue that is
26  not the subject of an objection."); Fed. R. Civ. P. 6(a), 6(b) and 72 ("The district judge
27  must determine de novo any part of the magistrate judge's disposition that has been
28  properly objected to.").  The Court has nonetheless reviewed the R&R and finds that it is

well-taken.  The Court will accept the R&R and deny the motion and dismiss with prejudice.  *See* 28 U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate"); Fed. R. Civ. P. 72(b)(3) ("The district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions.").

**IT IS HEREBY ORDERED:**

1.     Magistrate Judge Boyle's R&R (Doc. 13) is **accepted**.

2.     Defendant/Movant's Motion to Vacate, Set Aside or Correct Sentence (Doc. 1) is **denied** and this action is **dismissed with prejudice**.

3.     Pursuant to Rule 11(a) of the Rules Governing Section 2255 Cases, in the event Movant files an appeal, the Court declines to issue a certificate of appealability because reasonable jurists would not find the Court's procedural ruling debatable.  *See Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

Dated this 16th day of March, 2017.

Honorable G. Murray Snow
United States District Judge